**Order entered July 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00807-CV

## IN RE TOYOTA MOTOR SALES, U.S.A., INC. TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND EDWARD MANTEY, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER
Before Justices Lang-Miers, Fillmore, and Whitehill

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.

/s/ ROBERT M. FILLMORE
   JUSTICE